**FILED - GR**
September 3, 2008 11:46 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _ald____ /_____

U.S. District Court
399 Federal Bldg.
Grand Rapids, Mi. 49503

**1:08-cv-836**
Paul L Maloney - Chief U.S. District Judge
Joseph G Scoville - U.S. Magistrate Judge

Civil Litigation Suite

Robert Langford
Plaintiff,

V

Sheriff Lawrence Stelma, County Commissioners, Jail administration, Medical Supervisor Huis, Dan and Dr. Yacob, the Lt., Capt. Co. Defendants
Defendants

I am comeing to the Courts seeking releife from violatition of rights and mistreatment by jail administration, Medical and Deputys. On Jan 5, 2008 I was arrested and lodged in the County jail, Upon entering the County jail I was interviewed by medical staff about medical issues, I only told them about the psychotic medication I was taken when I was with Michigan Department of Correction in 03 untile I maped out in 12-27-07. Dr. Yacob went on the internet and seen where I used to take Zocar for high Cholesterol and ordered the medication without my consent, I was given this medication, because I asked the Nurse that passes out Medication what was I been given, I was told psychatic meds. When I really found out what it was Medical staff had flaged my account for $15.00 from 1-8-08 untile 3-13-08, How Can a Dr. Write me a prescription without asking me if I wanted the medication?... Two I was put in Max security where the heat and the window were broken out, the jail administration refused to move the four people in the block, the County Commissioners was contacted and the jail administration was very upset, I file a Complaint with the Commissioners

on 3-18-08 before that we were givens as many as five blankets to keep warm, we were told by first shift, Classification Sgt. and second shift Sgt. that they were not going to move us, they were prejudice because we were all black inmates, in the process I have had serious pain in my left shoulder & real serious pain in my right shoulder to where I can't ever sleep at night, I was given some tylenol, anti-flamentarty medication, it didn't work, so I've been requesting to see the Dr. again since 5-1-08, 5-19-08, 6-4-08, 7-5-08, 7-8-08, 7-10-08 and on 6-22-08 I sent Kite to Capt. Singlton about my arm & shoulder, Medical has still refused to see me, because they want me to pay them two dollars, & eight dollars to see the Dr. I've seen them the first time I seen the Dr. there is no need for me to see them again for $2.00, they have also stolen $29.93 from my account I owe them $0.00 for seeing the Nurse and Dr. about my arm. Third I have lost a lot of weight since I've been here, I came in weighting 176 lb. and now I weight 145, and still loseing weight, the Dietician Claims he feeds us 2500 calories a day that's the reason we the inmates are loseing weight, I cooked in the Army and 2500 calories for all three meals theires something wrong with that, the body requires a certain amount of sugar a day, all we get is pears, peaches, oranges and apple this is every day, no real dessert like cake, when we get served hot cereal or cold cereal there's no butter nor sugar basicly one or the other for breakfast. So I come to the Honorable Courts seeking medical benefits for treatment for my shoulders which was caused by negligence of Sheriff Lawrence Stelma, The County Commissioners and the Jail Administiston, Medical Staff with prejudice that manifested injustice that resulted in me suffering redious pain and not being able to sleep, I've ephausted all administrative, I was denide a Grievance form, if they run services for Chronic Care than I should have not been Charged for the Zocar. I am seeking 3.12 Million dollars for damages

and $96,000.000.000 in punitive damages, I pray the honorable Court will grant me relief of damages and seek to be lodge in a Near by County Jail because of being denied Medical treatment. Medical Staff has taken money from my account without explaining why the money is taken, they are violating there own policy, because we are in supper Max and can see the policys they put up in one man and four man, untile we go out for hair Custs. Medical has caused me stress, depression, sleepless nights and Conserible weight lost, and seek permant assistence with medical treatment of my Shoulder.

I do hereby Certify that the information contain in this Affidavit is true to the best of my Knowledge

_Robert Soto_  9-1-08

Subscribed and Sworn to before me this

Original Affidavit

ANDRES S CASTILLO
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires June 27, 2014

_Andres S Castillo #212_

U.S. District Court
399 Federal Bldg.
Grand Rapids, Mi. 49503

Amended
Information on
Civil Litegation Suit

Add on to The Defendants
Sgt. Burnheart, Sgt. Reminga
The Head Nurse and Nursing Staff
Co-Defendants

The Kent County has a Grievance procedure, but will not allow inmates to utilize the procedure. There are serious problem that lies within the Administration and Deputy, Administrative Segregation Unit is Not punitive, but Cant receive regular visit Nor Can we used the phone between 8:00AM to 5:pm to Contact or to talk to your attorney, we are being denied access to our attorney. I was placed Disciplinary Segregation Unit for a total of 25 days, I haven't had any write up since being here, but when time for me to leave I was not allowed to leave, Sgt. Burnheart is in Charge of Classification and is very baises toward me. Since I have been incarcerated I have lost a Considerable amount of weight on a three meal 2,500 Calories, but in Disciplinary Segregation your are fed breakfast unsweeting Cereal (No sugar) four slices of bread with butter, orange juice, Lunch four slice of bread, two butter, one Cold peice of bologna, orange and milk, Dinner two Burger King patties, four slice of bread, one baked potato Cold and Collard green or green beans out of Can or Frozen bag just Nearly heated. Also accounting office has skimed $54.93 from my Veterans check and want response as to why the is being taken, I've asked for a Grievence, but was told medical is not an issue you can grieve. I am also seeking an injuction to remove me from DIA after I do my disciplinary time which is up 9-3-08, The staff here has Caused me serious pain in my shoulder I Can't even sleep at all, the Dr. write's medication for me, but for only two

{page 2 of 4}

Weeks, thats so when I Kite them about the Meds. they Can Charged me $2.00 for the Nurse, $8.00 for the Dr. and five dollars for Medication and they Know by me being in D1A they Keep Cold air blowing in the Vents at all times, My shoulder hurts like hell, back in Jan. of 08 I was in a four man Cell where the Window was broken out and the heat did Not Work, we the other three inmates asked repeadily to be moved, but was denide, so finaly 3rd shift Sgt. told the Deupty to issues us extra blankets, one inmates Mother Contacted the County Commissioner, but didn't Change anything, so finaly in April with only two of us left in the Cell they finally moved us, but Not before I substain damages to my shoulder where is warm it hurts, but Not as bad Compare to where its really Cold at, You are Not supposed to, but I have to pluged my Vents up, because if I dont I would be in tears, Also my water in my Cell has been Cut of since 8-24-08 because I threw a Milk Carton of water on a trusty for telling me he was going to spit in my food. These are the dates and Shift my was supposed to be turn on for 1 hrs and Not. Water turn off 8-24-08 at 8:pm, on 8-25-08 3rd shift turn water on at 4 Am for 1 hrs, 1st shift on 8-25-08 did Not turn water on at all, 2nd shift turned water on for ½ hrs, 3rd shift turn water on for 1 hrs, 8-26-08 1st shift would Not turn water on at all, than finaly around 10 Am water on for ½ hrs, 3rd shift turned water on for 1 hrs. than at 4: Am for 1 hrs, 8-27-08 water for 1st shift Never turned on water all day, 2nd shift turned water on around 7:pm, 3rd shift Never turned water on at all, 1st shift No water at all, 2nd Shift turned water on twice, but for 10 minutes each and this was for 8-28-08, 8-29-08 1st shift No water at all, 2nd Shift turn water on once for 10 minute thats all, 3rd shift No water at all, 1st Shift 8-30-08 No Water, Now my water has been off for 8 day, because of a Cup of water

I threw on a trusty for threating to spit in my food, Now for flooding they turn your water off, but for throwing a milk carton of water and my water has been off for 8 days. Deputy are suppose to log in on a sheet when they turn my water on, but when I ask it only cause a problem, again a write up only keeps me here longer, so I stop asking and start keeping records myself. Sheriff Lawrence Stelma, the Under sheriff and the administration has no clue as to how African-American and Hispanic are being treated by staff. There are staff here that knows about Deputys behavior has seen and witness it, but because of theire job will not go foward to the Jail Administration, but in the mean time the inmate suffer. I also seek and pray for an Court Order to get the Jail Administration to serve the same food as the rest of the population in Disciplinary Segregation Unit also DSU, the two bags breakfest and lunch, Breakfest unsweeten cereal, four slice of bread, four butter, one orange juice and milk, For lunch one orange, four slices of bread, 4 butter, one cold peice of bologna, For Dinner two burger King patties four slices of bread, two butter, one baked potato half done, Can Collard green or green beans heated up and put on tray, milk. This is extream Cruel and unusually punishment. I am also seeking

Now for flooding they are suppose to turn your water off but didn't, and Now for throwing one Carton water, they are Keeping my water off for ever. This Sheriff Lawrence Stelma, the Undersheriff and the Administration has No Clue as to how inmates are being treated by deputy's, there are staff here that works with Medical I dont want to give Names right Now, for fear of retalation and that's what they are affired off, but if this goes to Court, I will be forced to Call them as witness. Also I see a Court order to have Jail Administration to provide the same food trays to Disciplinary Segregation Unit also DSU we received bag breakfest, lunch as I mention in my Complaint, which is Curel and eptream unusal punishment. I am also seeking 2.18 million from Medical Staff, and Dr. Yacob I am seek in damages $500,000,000.000 I will also include punitive damages. I pray that the Honorable Court will grant my two injuction and allow me to procede in Court with my Civil Litegation Suit.

I do hereby Certify that the information Contain in this Affidavit is true to the best of my Knowledge

[signature] 9-1-08

ANDRES S CASTILLO
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires June 27, 2014

[signature] #212