UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LANGFORD, #156621, ) | |
| Plaintiff, ) | |
| ) | No. 1:08-cv-00836 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| TIMOTHY BERNHARDT, ) | |
| RANDY TOWNSEND, ) | |
| CHRIS HOLMES, ) | |
| RUSS STONEHOUSE, and ) | |
| DANIEL BULTSMA, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

Having granted Defendants' motion for summary judgment and having dismissed all claims against them, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Robert Langford.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 25, 2012                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge